IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RICHARD DARIN, et al.,         )
                               )
              Plaintiffs,      )
                               )
     v.                        )    No. 13 C 2318
                               )
OFFICER S. McCORMICK, et al.,  )
                               )
              Defendants.      )

## MEMORANDUM ORDER

Although this action was filed on March 27, 2013, fully ten days then passed without delivery of a paper copy of the Complaint to this Court's chambers (a delivery that this District Court's LR 5.2(f) requires to be made on the next business day after the lawsuit is filed). So on April 8 this Court issued a short memorandum order directing that a copy be delivered forthwith, together with a $100 check payable to the Clerk of Court because of counsel's violation of the LR. Now more than a week has gone by since then--still without compliance by plaintiffs' lawyer.[1]

This Court cannot properly carry out its responsibilities in cases assigned to its calendar unless the lawyers discharge their responsibilities. There was no apparent justification for counsel's initial noncompliance with LR 5.2(f), and there is surely no excuse for the most recent delay in compliance. This

---

[1] Because the lawyer is an electronic filer, he received notification of the April 8 order when it was entered.

action is dismissed.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 16, 2013